UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC RICHARD MLAY,<br><br>Petitioner(s),<br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondent(s). | CASE NO. C26-4027-KKE<br><br>ORDER DENYING PETITIONER'S EMERGENCY MOTION |

Along with Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, he filed an emergency motion requesting an order preventing his transfer out of the jurisdiction while his petition is pending. Dkt. Nos. 1, 3. The Court subsequently issued a scheduling order, requiring (among other things) that the Government provide notice to Petitioner and the Court of any intent to transfer Petitioner from this judicial district or remove him from the United States while the petition is pending. Dkt. No. 4.

Parties seeking an emergency injunction must show: (1) that they are likely to succeed on the merits, (2) that they are likely to suffer irreparable harm absent preliminary relief, (3) that the balance of equities tips in their favor, and (4) that an injunction serves the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

The Court finds that Petitioner has not shown that he is entitled to the extraordinary relief requested because the Court's scheduling order provides adequate protection against imminent

harm in the form of transfer or removal while his petition is pending. Accordingly, the Court DENIES Petitioner's motion and will proceed to consider the merits of the petition in due course. Dkt. No. 3.

Dated this 21st day of October, 2026.

Kymberly K. Evanson
United States District Judge