UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC RICHARD MLAY,<br><br>Petitioner(s),<br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondent(s). | CASE NO. C26-4027-KKE<br><br>ORDER GRANTING MOTION TO APPOINT COUNSEL |

Having reviewed Petitioner's motion to appoint counsel (Dkt. No. 2) and financial affidavit (Dkt. No. 7), the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Further, as required by statute, Petitioner has demonstrated through the financial affidavit his financial eligibility for such appointment. *See* Dkt. No. 7. Accordingly, the Court will grant Petitioner's request for appointment of counsel. Dkt. No. 2.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's motion to appoint counsel (Dkt. No. 2) is GRANTED;

(2) IT IS ORDERED that Assistant Federal Public Defender Rebecca C. Fish is appointed to represent Petitioner.

Dated this 28th day of October, 2026.

Kymberly K. Evanson
United States District Judge